# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 98-3654

_____

| | | |
|---|---|---|
| U.S. Environmental, a Minnesota Corporation, doing business as U.S.A. Lights; Mark G. Edlund, individually, | * * * * | |
| Plaintiffs - Appellants, | * * | Appeal from the United States District Court for the |
| v. | * * | District of Minnesota. |
| Craig M. Beeson, individually, doing business as XYZ Corporation, | * * * * | [UNPUBLISHED] |
| Defendant - Appellee. | * | |

_____

Submitted: June 18, 1999
Filed: July 2, 1999

_____

Before MURPHY and MAGILL, Circuit Judges, and REASONER,[1] District Judge.

_____

PER CURIAM.

U.S. Environmental and Mark G. Edlund brought a complaint and request for injunctive relief against Craig M. Beeson in state court, claiming that he had breached a settlement agreement rising out of a prior state action. They subsequently filed an action in federal district court asserting the same claims, and Beeson moved to dismiss

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, sitting by designation.

the federal action.  After a hearing, the district court[2] granted the motion to dismiss and awarded Beeson attorney fees.  U.S. Environmental and Edlund appeal.  After a careful review of this fact-specific record, we conclude that the district court should be affirmed.  So ordered.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.